JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GURPRIT SINGH,

Petitioner,

v.

JAMES JANECKA, et al.,

Respondents.

Case No. 5:26-cv-06212-ODW-PD

**JUDGMENT**

**A# 246-760-641**

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Ordering Release,

IT IS ADJUDGED that the Petition is granted.

The Clerk of the Court is directed to Close this case.

DATED: _November 6, 2026

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE